UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00051-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. TIMOTHY McGLOTHIN;
2. JOSHUA LICONA,

     Defendants.

---

**ORDER**

---

This matter is before the Court upon a review of the file. Given that numerous motions are currently pending, the trial set for Monday, April 5, 2010 is hereby vacated and the parties shall meet and confer and contact my chambers to schedule a hearing date on the pending motions. Accordingly, it is

ORDERED that the 4-day jury trial is set for **Monday, April 5, 2010, at 9:00 a.m. in courtroom A-1002** is hereby **VACATED.** The parties shall meet and confer to determine a mutually agreeable hearing date on pending motions and contact my chambers to schedule the same.

Dated this 23rd day of March, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge

-1-