UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00051-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY McGLOTHIN;
2. JOSHUA LICONA,

    Defendants.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A motions hearing is scheduled for **Tuesday, June 29, 2010 at 1:30 p.m.** The parties shall meet and confer and submit a status report to the Court no later than **June 18, 2010** identifying the motions to be addressed at the hearing and specifying whether witnesses will be called for a particular motion.

    Dated: April 13, 2010