**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 29, 2010 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **10-cr-00051-WYD**          Counsel:

UNITED STATES OF AMERICA,          David M. Conner

      Plaintiff,

v.

1. **TIMOTHY McGLOTHIN**;          R. Scott Reisch
2. **JOSHUA LINCONA**,          Frank E. Moya

      Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

1:47 p.m.    Court in Session - Defendants present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant Timothy McGlothin's Motion for a Complex Case Designation Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and in the Alternative, to Continue Trial Due to Ends of Justice [doc. #33], filed March 8, 2010 and Defendant Joshua Lincona's Motion to Join Defendant Mcglothin's Motion for a Complex Case Designation Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and in the Alternative to Continue Trial Due to Ends of Justice, (doc #45), filed March 10, 2010, are raised for argument.

| | |
|---|---|
| 1:49 p.m. | Argument by Defendant Timothy McGlothin (Mr. Reisch). |
| 1:52 p.m. | Argument by Government (Mr. Conner). |
| 1:53 p.m. | Argument by Defendant Joshua Lincona (Mr. Moya). |
| 1:57 p.m. | Discussion regarding time necessary for the hearing on motion to suppress. |
| **ORDERED:** | Defendant Joshua Lincona's Motion to Join Defendant Mcglothin's Motion for a Complex Case Designation Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and in the Alternative to Continue Trial Due to Ends of Justice, (doc #45), filed March 10, 2010, is **DEFERRED.** |
| **ORDERED:** | Defendant Joshua Lincona's Motion to Suppress Statements Taken from Defendant on January 21, 2010, as Well as Evidence Thereafter Seized During Search of Defendant's Home [doc. #46], filed March 10, 2010, is **DEFERRED.** |
| **ORDERED:** | A hearing on Defendant Joshua Lincona's Motion to Join Defendant Mcglothin's Motion for a Complex Case Designation Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and in the Alternative to Continue Trial Due to Ends of Justice, (doc #45), filed March 10, 2010, and Defendant Joshua Lincona's Motion to Suppress Statements Taken from Defendant on January 21, 2010, as Well as Evidence Thereafter Seized During Search of Defendant's Home [doc. #46], filed March 10, 2010, is set for **Thursday, August 5, 2010, at 10:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Defendant Timothy McGlothin's Motion for Severance [doc. #38], filed March 8, 2010, is **GRANTED.** |
| 2:05 p.m. | Mr. Moya is excused from the remainder of the hearing. |
| **ORDERED:** | Defendant Joshua Lincona is **REMANDED** into the custody of the U.S. Marshal. |
| **ORDERED:** | Defendant Timothy McGlothin's Motion for a Complex Case Designation Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and in the Alternative, to Continue Trial Due to Ends of Justice [doc. #33], filed March 8, 2010, is **GRANTED IN PART and DENIED IN PART.** |
| | Defendant Timothy McGlothin's Motion for Notice of Government's Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts Pursuant to Federal Rule of Evidence 404(b) [doc. #36], filed March 8, 2010, is raised for argument. |
| 2:11 p.m. | Argument by Defendant Timothy McGlothin (Mr. Reisch). |

| | |
|---|---|
| 2:15 p.m. | Argument by Government (Mr. Conner). |
| **ORDERED:** | Defendant Timothy McGlothin's Motion for Notice of Government's Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts Pursuant to Federal Rule of Evidence 404(b) [doc. #36], filed March 8, 2010, is **DEFERRED.** |
| **ORDERED:** | Government shall file its 404(b) submission regarding the December 23, 2009 robbery not later than **Wednesday, July 21, 2010.** |
| **ORDERED:** | Defendant Timothy McGlothin shall file a response to the Government's submission not later than **Wednesday, August 4, 2010.** |
| **ORDERED:** | A hearing on Defendant Timothy McGlothin's Motion for Notice of Government's Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts Pursuant to Federal Rule of Evidence 404(b) [doc. #36] is set for **Thursday, August 5, 2010, at 3:00 p.m., in courtroom A-1002.** |
| 2:21 p.m. | Discussion and argument on remaining pending motions. |
| **ORDERED:** | Defendant Timothy McGlothin's Motion for Discovery of Grand Jury Transcripts [doc. #34], filed March 8, 2010, is **DENIED WITHOUT PREJUDICE.** |
| **ORDERED:** | Counsel shall meet and confer to discuss the particular need for transcripts. |
| **ORDERED:** | Mr. Reisch shall re-file the Motion for Discovery of Grand Jury Transcripts not later than Monday, July 12, 2010. |
| **ORDERED:** | Defendant Timothy McGlothin's Motion for Evidentiary Hearing Regarding Admissibility of Co-Conspirator Statements Under Fed.R.Evid. 801(d)(2)(E) [doc. #35], filed March 8, 2010, is **GRANTED.** |
| **ORDERED:** | Government shall file its James proffer not later than **Friday, July 30, 2010.** |
| **ORDERED:** | Defendant shall respond to Government's James proffer not later than **Friday, August 13, 2010.** |
| **ORDERED:** | Defendant Timothy McGlothin's Motion for Preservation of Recordings and Notes [doc. #37], filed March 8, 2010, is **GRANTED.** |
| **ORDERED:** | Defendant Timothy McGlothin's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment [doc. #39], filed March 8, 2010, is **GRANTED.** |

**ORDERED:** Defendant Timothy McGlothin's Motion to Disclose and Produce Brady (Exculpatory) Material [doc. #40], filed March 8, 2010, is **GRANTED.** Parties shall meet and confer and file a further motion, if necessary.

**ORDERED:** Defendant Timothy McGlothin's Request for Notice of Intent to Call Expert Witnesses and Discovery Pursuant to Rule 16(a)(1)(D) and (E), Fed.R.Crim.P. [doc. #41], filed March 8, 2010, is **GRANTED.**

**ORDERED:** Defendant Timothy McGlothin's Request for Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. [doc. #42], filed March 8, 2010, is **DENIED.**

**ORDERED:** Defendant Timothy McGlothin is **REMANDED** into the custody of the U.S. Marshal.

**2:38 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :51**