UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00051-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY McGLOTHIN;
2. JOSHUA LICONA,

    Defendants.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with the Court's schedule, the hearings set for **Thursday, August 5, 2010 at 10:00 a.m. and 3:00 pm** are **VACATED**. The parties shall meet and confer and contact chambers to reschedule the hearings.

    Dated: August 3, 2010.