IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| Date: | September 8, 2010 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **10-cr-00051-WYD**          Counsel:

UNITED STATES OF AMERICA,                     David M. Conner

    Plaintiff,

v.

**1. TIMOTHY McGLOTHIN**,                     R. Scott Reisch

    Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**2:06 p.m.**  Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant Timothy McGlothin's Motion for Notice of Government's Intent to Introduce Evidence of Other Crimes, Wrongs or Acts Pursuant to Federal Rule of Evidence 404(b) [doc. #36], filed March 8, 2010, is raised for argument.

2:09 p.m.  Argument by Defendant Timothy McGlothin (Mr. Reisch).

2:12 p.m.  Argument by Government (Mr. Conner).

2:35 p.m.         Argument by Defendant Timothy McGlothin (Mr. Reisch).

**ORDERED:**     Defendant Timothy McGlothin's Motion for Notice of Government's Intent to Introduce Evidence of Other Crimes, Wrongs or Acts Pursuant to Federal Rule of Evidence 404(b) [doc. #36], filed March 8, 2010, is **TAKEN UNDER ADVISEMENT.**

Court indicates that a written order shall follow.

Government's Notification of Fed. R. Evid. 801(d)(2)(E) Statements [doc. #64], filed July 21, 2010, is raised for argument.

2:39 p.m.         Argument by Government (Mr. Conner).

2:53 p.m.         Argument by Defendant Timothy McGlothin (Mr. Reisch).

2:54 p.m.         Discussion regarding speedy trial calculations and setting the case for trial.

**ORDERED:**     Defendant is **REMANDED** into the custody of the U.S. Marshal.

**3:02 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :56**