UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00051-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **TIMOTHY McGLOTHIN**;
2. JOSHUA LICONA,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file. Counsel for the Government and for Defendant Timothy McGlothin contacted the Court on October 19, 2010 to obtain a trial setting within speedy trial deadlines. Based on that conversation, and to ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, December 3, 2010,** and responses to these motions shall be filed by **Monday, December 13, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday January 24, 2011 at 1:30 p.m. in courtroom A-1002**. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 7, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated this 19th day of October, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge