UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00051-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **TIMOTHY McGLOTHIN**;

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the motions hearing and trial preparation conference set for Monday, January 24, 2011 at **1:30 p.m.** is vacated and **RESET** for the same day, Monday, January 24, 2011 at **2:00 p.m.**

      Dated:  December 22, 2010